IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | * |
| This Document relates to: *Sun Microsystems, Inc. v. Microsoft Corp.,* | * MDL Docket No. 1332 |
|  | * Hon. J. Frederick Motz |
| Civil Action No. JFM-02-2739 | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SUN MICROSYSTEMS INC.'S MOTION TO DISMISS MICROSOFT CORPORATION'S FOURTH COUNTERCLAIM AND TO STRIKE A PORTION OF MICROSOFT'S DAMAGES DEMAND

Plaintiff Sun Microsystems, Inc., by its undersigned attorneys, hereby moves and respectfully requests that this Court enter an order:

1. dismissing Microsoft Corporation's Fourth Counterclaim, pursuant to Federal Rule of Civil Procedure 12(b)(6); and

2. striking Microsoft's demand for damages on the Fourth Counterclaim, pursuant to Federal Rule of Civil Procedure 12(f).

The grounds for the motion are set forth in the accompanying memorandum.

Dated: April 14, 2003

                                                            /s/Robert M. Galvin
                                                                  Robert M. Galvin

                                             DAY CASEBEER
                                             MADRID & BATCHELDER LLP
                                             Lloyd R. Day, Jr.
                                             James R. Batchelder
                                             Robert M. Galvin

21913.doc

20300 Stevens Creek Blvd., Suite 400
Cupertino, CA  95014
(408) 873-0110

TYDINGS & ROSENBERG LLP
Thomas M. Wilson, Federal Bar No. 02560
John B. Isbister, Federal Bar No. 00639
100 East Pratt Street, 26th Floor
Baltimore, MD  21202
(410) 752-9700

SIMPSON THACHER & BARTLETT
Kevin Arquit
425 Lexington Avenue
New York, NY  10017
(212) 455-2000

*Attorneys for Plaintiff*
*Sun Microsystems, Inc.*

2

21913.doc