IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | * |
|  | * |
| This Document relates to: | *    MDL Docket No. 1332 |
| *Sun Microsystems, Inc. v. Microsoft Corp.,* | *    Hon. J. Frederick Motz |
| Civil Action No. JFM-02-2739 | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER GRANTING
SUN MICROSYSTEMS INC.'S MOTION TO DISMISS
MICROSOFT CORPORATION'S FOURTH COUNTERCLAIM
AND TO STRIKE A PORTION OF MICROSOFT'S DAMAGES DEMAND**

    Having reviewed Sun's Motion to Dismiss Microsoft's Fourth Counterclaim and to Strike a Portion of Microsoft's Damages Demand, it is Hereby Ordered that the motion is Granted.

    IT IS SO ORDERED

Dated: _____

                                                          _____
                                                          J. Fredrick Motz
                                                          United States District Judge

21915