**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE MICROSOFT CORP.
ANTITRUST LITIGATION

This Document Relates To:
*Sun Microsystems, Inc. v. Microsoft Corp.,*

Civil Action No. JFM-02-2739

MDL Docket No. 1332

Hon. J. Frederick Motz

## SUN'S OPPOSITION TO MICROSOFT'S MOTION TO DISMISS CLAIMS 1–3, 5–7, 9–10 & 12–14 OF SUN'S AMENDED COMPLAINT AND TO STRIKE CERTAIN DAMAGES DEMANDS

DAY CASEBEER MADRID
& BATCHELDER LLP
Lloyd R. Day, Jr.
James R. Batchelder
Robert M. Galvin
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110

BROBECK, PHLEGER & HARRISON LLP
Jeffrey S. Kingston
James L. Miller
Spear Street Tower
One Market Plaza
San Francisco, CA 94105
Telephone: (415) 442-0900

CLIFFORD CHANCE US LLP
Kevin J. Arquit
200 Park Avenue
New York, NY 10166
Telephone: (212) 878-8000

TYDINGS & ROSENBERG LLP
Thomas M. Wilson, Federal Bar No. 02560
John B. Isbister, Federal Bar No. 00639
100 East Pratt Street
Baltimore, MD 21202
Telephone: (410) 752-9714
Fax: (410) 727-5460

*Attorneys for Plaintiff*
*Sun Microsystems, Inc.*

**VI.    Sun Has Properly Pleaded Its California Unfair Competition Law Claim (Claim 15)**

Microsoft argues that Sun's claim under California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 16700 *et seq.*, should be stricken because the UCL does not permit recovery of money damages. Sun does not seek monetary damages on this claim, however. Instead, Sun seeks all relief to which it is entitled under the UCL, including injunctive relief and restitution. *See, e.g., Kasky v. Nike, Inc.*, 45 P.3d 243, 304 (Cal. 2002). Sun's Prayer for Relief seeks an injunctive remedy, (Amended Complaint ¶ 357), and such other relief as the Court deems just and proper, (Amended Complaint ¶ 360). This claim for injunctive relief is appropriate under the UCL, Cal. Bus. & Prof. Code § 17203, and the allegations contained in paragraphs 344–47 of the Amended Complaint provide appropriate support because they establish the extent of Sun's harm, justifying injunctive relief. Moreover, the allegation that Sun's unascertained damages exceed seventy-five thousand dollars does not constitute a claim for money damages, but simply permits this Court's exercise of diversity jurisdiction over this state law claim, 28 U.S.C. § 1332, and is thus appropriately pleaded. Accordingly, Microsoft's motion to strike Sun's claim under the UCL should be denied.

**VII.    Sun Will Seek Leave To Amend Its Copyright Infringement Claim (Claim 16)**

Sun agrees that treble actual damages are not available under the Federal Copyright Act; rather, Sun is entitled to either actual or enhanced statutory damages. 17 U.S.C. § 504(c) (1995). Under Section 504(c)(2), statutory damages may be enhanced so that "[i]n a case where the copyright owner sustains the burden of proving, and the court finds, that infringement was committed willfully, the

---

Amended Complaint ¶ 336. Second, as discussed in Section III, *supra*, Microsoft's arguments for their dismissal are unavailing—the tying claims properly allege anticompetitive effects in the tied product market (Section III.A., *supra*), and Sun has sufficiently alleged a technological tying arrangement (Section III.B., *supra*). And, contrary to Microsoft's assertion, Sun's monopolization claims are cognizable under the Cartwright Act. The Ninth Circuit has held that "[c]ombinations to monopolize would appear to fall within the general prohibitions of the Cartwright Act." *Dimidowich v. Bell & Howell*, 803 F.2d 1473, 1478 (9th Cir. 1986). Accordingly, Microsoft's arguments here fail.

## CONCLUSION

For all of the above reasons, plaintiff respectfully requests that Microsoft's motion to dismiss Claims 1–3, 5–7, 9–10, and 12–14 and Microsoft's motion to strike damages demands in Claim 15 be denied.

Respectfully submitted,

/s/

TYDINGS & ROSENBERG LLP
Thomas M. Wilson, Federal Bar No. 02560
John B. Isbister, Federal Bar No. 00639
100 East Pratt Street, 26th Floor
Baltimore, Maryland  21202
(410) 752-9700

DAY CASEBEER MADRID & BATCHELDER LLP
Lloyd R. Day, Jr.
James R. Batchelder
Robert M. Galvin
20300 Stevens Creek Blvd., Suite 400
Cupertino, California  95014
(408)873-0110

BROBECK, PHLEGER & HARRISON LLP
Jeffrey S. Kingston
James L. Miller
Spear Street Tower
One Market Plaza
San Francisco, California  94105
(415) 442-0900

CLIFFORD CHANCE US LLP
Kevin J. Arquit
200 Park Avenue
New York, New York 10166
(212) 878-8000

*Attorneys for Plaintiff*
*Sun Microsystems, Inc.*

Dated:  November 5, 2002