**EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | *  MDL 1332 |
| This Document Relates To: | * |
| Sun Microsystems, Inc. | *  JFM-02-2739 |

ORDER

In accordance with this court's prior oral rulings, it is, this 22nd day of January 2003

ORDERED

1. With the exceptions noted in paragraphs 2 and 3 of this order, Microsoft's motion to dismiss claims 1-3, 5-7, 9-10 & 12-14 of Sun's amended complaint and to strike certain damages demands is denied without prejudice to Microsoft renewing its contentions after the close of discovery by way of a motion for summary judgment;

2. Claim 15 is limited to relief other than monetary damages; and

3. Sun's claim for treble damages in claim 16 is stricken and Sun is given leave to file an amended complaint as to that claim.

/s/
J. Frederick Motz
United States District Judge