IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION | * |
| This Document relates to:<br>*Sun Microsystems, Inc. v.*<br>*Microsoft Corp.,* | * MDL Docket No. 1332<br><br>* Hon. J. Frederick Motz |
| Civil Action No. JFM-02-2739 | * |
| | * |

\* * * * * * * * * * * * *

## [~~PROPOSED~~] ORDER SETTING DISCOVERY SCHEDULE

Pursuant to the parties' joint request, on this _8th_ day of _May_, 2003, it is hereby ORDERED that the following schedule shall govern discovery in the *Sun Microsystems, Inc. v. Microsoft Corp.* action.

1    <u>Discovery Schedule</u>.  The following deadlines shall apply to fact and expert discovery and motions for summary adjudication:

| | |
|---|---|
| October 1, 2004 | Close of Fact Discovery |
| October 15, 2004 | Sun's Expert Reports Due |
| December 17, 2004 | Microsoft's Expert Reports Due |
| February 4, 2005 | Sun's Rebuttal Expert Reports Due |
| March 25, 2005 | Close of Expert Discovery |
| April 8, 2005 | Deadline for filing motions for summary adjudication |
| May 6, 2005 | Deadline for oppositions to motions for summary adjudication |

#338709

| | |
|---|---|
| May 27, 2005 | Deadline for replies in support of motions for summary adjudication |

/s/
J. Frederick Motz
United States District Judge

#338709