IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

NORTHERN DIVISION

|  |  |  |
|---|---|---|
| **IN RE MICROSOFT CORP.** | * | |
| **ANTITRUST LITIGATION** | * | MDL Docket No. 1332 |
| | * | |
| **This Document Relates to:** | | Honorable J. Frederick Motz |
| *Sun Microsystems, Inc. v.* | * | |
| *Microsoft Corp.,* | | |
| | * | |
| **Civil Action No.:  JFM-02 2739** | | |
| | ****** | |

## NOTICE OF ENTRY OF APPEARANCE

I, Kirk Ruthenberg, do hereby enter my appearance for the above-captioned case as co-counsel for Sun Microsystems, Inc.

 

                                                                                                  /s/_____
                                                                   Kirk R. Ruthenberg, Esq.

                                                                   SONNENSCHEIN NATH &
ROSENTHAL
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
(202) 408-6410
(202) 408-6399 fax
Bar # 09893