# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

### NORTHERN DIVISION

|  |  |  |
|---|---|---|
| | * | |
| **IN RE MICROSOFT CORP.** | | |
| **ANTITRUST LITIGATION** | * | **MDL Docket No. 1332** |
| | * | |
| **This Document Relates to:** | | **Honorable J. Frederick Motz** |
| ***Sun Microsystems, Inc. v.*** | * | |
| ***Microsoft Corp.,*** | | |
| | * | |
| **Civil Action No.:  JFM-02 2739** | | |
| | ****** | |

## NOTICE OF ENTRY OF APPEARANCE

I, Michael Schlanger, do hereby enter my appearance for the above-captioned case as co-counsel for Sun Microsystems, Inc.


_____/s/_____
Michael A. Schlanger, Esq.

SONNENSCHEIN NATH &
ROSENTHAL
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
(202) 408-6438
(202) 408-6399 fax
Bar # 05717