IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | X | |
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION, | : | MDL Docket No. 1332 |
| | : | |
| This Document Relates To: | : | Hon. J. Frederick Motz |
| *Sun Microsystems, Inc. v. Microsoft* | : | |
| *Corporation,* | : | |
| | : | |
| Civil Action No. JFM-02-2739 | : | |
| | X | |

## NOTICE OF SERVICE OF DISCOVERY

Microsoft Corporation gives notice of service of its Third Request for Production of Documents to Plaintiff Sun Microsystems, Inc.  A copy of the foregoing was served on June 9, 2003 upon the following as indicted:

Via U.S. Mail:

Lloyd R. Day, Jr.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA  95014

Kirk R. Ruthenberg
Michael A. Schlanger
Sonnenschein Nath & Rosenthal
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005

John B. Isbister
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland  21202

Kevin J. Arquit
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, New York  10017-3954

Bruce J. Wecker
Hosie, Frost, Large & McArthur LLP
Spear Street Tower
One Market Street
San Francisco, CA  94105

Parker C. Folse, III
Susman Godfrey LLP
1201 Third Avenue
Suite 3100
Seattle, WA  98101-3000

Dated: _June 9, 2003_          BY: _____
                                        Jon L. Rewinski
                               HELLER EHRMAN WHITE &
                               McAULIFFE LLP
                               601 South Figueroa Street, 40th Floor
                               Los Angeles, CA  90017
                               (213) 689-0200

*Of Counsel:*

David B. Tulchin                 Matthew L. Larrabee
D. Stuart Meiklejohn             Dale A. Rice
Steven L. Holley                 A. Mari Mazour
Marc De Leeuw                    HELLER EHRMAN WHITE & McAULIFFE LLP
SULLIVAN & CROMWELL              333 Bush Street
125 Broad Street                 San Francisco, CA  94104
New York, New York  10004        Telephone:  (415) 772-6000
Telephone:  (212) 558-4000

Thomas W. Burt                   David T. McDonald
Richard J. Wallis                Karl J. Quackenbush
Linda K. Norman                  PRESTON GATES & ELLIS LLP
MICROSOFT CORPORATION            701 Fifth Avenue, Suite 5000
One Microsoft Way                Seattle, Washington  98104
Redmond, Washington  98052       Telephone:  (206) 623-7580
Telephone:  (425) 936-8080

2

Michael F. Brockmeyer
(Fed. Bar No. 02307)
Jeffrey D. Herschman
(Fed. Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland  21209-3600
Telephone:  (410) 580-3000


*Attorneys for Microsoft Corporation*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2003, I caused a copy of the foregoing Notice of Service of Discovery to be served upon the following by United States mail, first class, postage prepaid:

Lloyd R. Day, Jr., Esq.
Day, Casebeer, Batchelder & Madrid LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, California 95014

Kirk R. Ruthenberg, Esq.
Michael A. Schlanger, Esq.
Sonnenschein Nath & Rosenthal
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005

John B. Isbister, Esq.
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202

Kevin J. Arquit, Esq.
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017-3954

Bruce J. Wecker, Esq.
Hosie, Frost, Large & Mcarthur LLP
One Market, Spear Street Tower, 22nd Fl.
San Francisco, California 94105

Parker C. Folse, III, Esq.
Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3100
Seattle, Washington 98101-3000

Jeffrey D. Hersehman