UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                                   Reply to Northern Division Address

June 11, 2003

Jeffrey D. Herschman
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209

Re:   Case No. JFM 02-2739
Dear Counsel/Party:                         Sun Microsystems v. Microsoft

     Your Notice of Service of Discovery was filed electronically on 6/10/03; however, it is deficient in the area(s) checked below. The link to the document has been reset so that non-court users may not access it and the docket text has been modified to indicate that it was filed in error.

**Document filed in wrong case:**
- ☐ Case caption and number do not match. Document should be refiled in case no.: _____.
- ☐ Case number is incorrect and correct number cannot be determined. Document should be refiled in correct case.
- ☐ Document filed in consolidated member case which should have been filed in lead case. Document should be refiled in case no.: _____.

**Failure to meet requirements of Local Rules 104, 105, and Fed.R.Civ.P. 5:**
- ☐ Discovery requests and responses should not be filed with the court.
- ☐ Notices of service of discovery requests and responses should not be filed with the court.
- ☐ Rule 26(a) disclosures should not be filed with the court.

**Miscellaneous:**
- ☐ Document should not have been filed electronically. You must submit an original and the appropriate number of copies on paper to the Clerk within 48 hours.
- ☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
- ☒ Other.   **Notice of Service regarding discovery should not be filed with the court.**

Very truly yours,

    /s/
Evaleen Gibbons
for
Felicia C. Cannon, Clerk

cc: Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Filed in Error Letter - Clerk's Version

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov