IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

NORTHERN DIVISION

|  |  |  |
|---|---|---|
| | * | |
| **IN RE MICROSOFT CORP.** | | |
| **ANTITRUST LITIGATION** | * | MDL Docket No. 1332 |
| | * | |
| **This Document Relates to:** | | Honorable J. Frederick Motz |
| *Sun Microsystems, Inc. v.* | * | |
| *Microsoft Corp.,* | | |
| | * | |

Civil Action No. JFM-02 2739

******

## NOTICE OF CHANGE OF NAME

On July 1, 2003 Sonnenschein Nath & Rosenthal became a limited liability partnership, and its name was changed to "Sonnenschein Nath & Rosenthal LLP". Please update your records with respect to the above matter, and send all future notices and communications using the new name.

                                                  /s/
                                   Kirk R. Ruthenberg, Esq.

SONNENSCHEIN NATH &
ROSENTHAL LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
(202) 408-6387
(202) 408-6399 fax
Bar No. 09893

Date:  July 1, 2003