IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | * MDL 1332 |
| **"Competitor Track"** | * |
| This Document Relates To: | * |
| *Sun Microsystems, Inc. v. Microsoft Corp.* | * Civil No. JFM-02-2739 |

ORDER

For the reasons stated in the accompanying memorandum, it is, this 21st day of July 2003

ORDERED that:

1. Microsoft's fourth counterclaim against Sun alleging violation of California Business and Professions Code § 17200 *et seq.* is dismissed with prejudice.

/s/
J. Frederick Motz
United States District Judge