IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | * | |
|  | * | |
| This Document relates to: | * | MDL Docket No. 1332 |
| *Sun Microsystems, Inc. v. Microsoft Corp.,* | * | Hon. J. Frederick Motz |
| Civil Action No. JFM-02-2739 | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**REPLY OF PLAINTIFF SUN MICROSYSTEMS, INC. TO DEFENDANT-COUNTERCLAIMANT MICROSOFT CORPORATION'S COUNTERCLAIMS**

I.    **REPLY TO MICROSOFT'S COUNTERCLAIMS**

Plaintiff Sun Microsystems, Inc., ("Sun") through its attorneys, replies to the counterclaims of Defendant-Counterclaimant Microsoft Corporation ("Microsoft"), dated February 21, 2003, subject to the Court's July 21, 2003 Order dismissing with prejudice Microsoft's Fourth Counterclaim alleging violation of California Business and Professions Code §17200 *et seq.*, and admits, denies, and avers as follows:

1.    Sun admits the allegations in paragraph 1 of Microsoft's Counterclaims.

2.    Sun admits the allegation in paragraph 2 of Microsoft's Counterclaims that Sun is a Delaware corporation, but denies its principal place of business is Palo Alto, California. Sun's principal executive offices are now located in Santa Clara, California.

3.    Sun admits that this Court has jurisdiction pursuant to 28 U.S.C. § 1332. Sun denies that the facts alleged in Microsoft's Counterclaims are sufficient to give rise to an action under the laws of the United States or any state thereof, and denies each and every other allegation in paragraph 3 of Microsoft's Counterclaims.

4.    Sun admits that it entered into the Technology Licensing and Distribution Agreement ("TLDA") with Microsoft in March 1996. Sun also admits that Microsoft distributed the Microsoft Java Virtual Machine ("MSJVM"). Except as expressly admitted, Sun denies each and every allegation in paragraph 4 of Microsoft's Counterclaims.

5.    Sun admits that disagreements regarding the TLDA did arise and that Sun filed suit against Microsoft in October 1997 ("*Sun I*"). Sun also admits that it asserted claims for breach of the TLDA, copyright infringement, trademark infringement, and unfair competition. Except as expressly admitted, Sun denies each and every allegation in paragraph 5 of Microsoft's Counterclaims.

6. Sun admits that Microsoft denied some of Sun's allegations in *Sun I*. Sun also admits that Microsoft asserted counterclaims for breach of the TLDA, breach of the covenant of good faith and fair dealing, and unfair competition. Except as expressly admitted, Sun denies each and every allegation in paragraph 6 of Microsoft's Counterclaims.

7. Sun admits that Sun and Microsoft executed a Settlement Agreement and Mutual Limited Release ("Settlement Agreement") on January 23, 2001. Sun states that the terms of the Settlement Agreement speak for themselves. Except as expressly admitted, Sun denies each and every allegation in paragraph 7 of Microsoft's Counterclaims.

8. Sun states that the terms of the Settlement Agreement speak for themselves. Except as so stated, Sun denies each and every allegation in paragraph 8 of Microsoft's Counterclaims.

9. Sun denies each and every allegation in paragraph 9 of Microsoft's Counterclaims.

10. Sun admits that it filed its original Complaint. Except as expressly admitted, Sun denies each and every allegation in paragraph 10 of Microsoft's Counterclaims.

11. Sun admits that it received a letter dated April 5, 2002, a copy of which is attached as Exhibit A to Microsoft's Counterclaims, from Sanjay Parthasarathy addressed to Patricia Sueltz. Except as expressly admitted, Sun denies each and every allegation in paragraph 11 of Microsoft's Counterclaims.

12. Sun admits that on April 11, 2002, Ms. Sueltz sent a letter, a copy of which is attached as Exhibit B to Microsoft's Counterclaims, addressed to Mr. Parthasarathy. Except as expressly admitted, Sun denies each and every allegation in paragraph 12 of Microsoft's Counterclaims.

13. Sun admits that it received a letter dated May 10, 2002, a copy of which is attached as Exhibit C to Microsoft's Counterclaims, from Mr. Parthasarathy. Except as expressly admitted, Sun denies each and every allegation in paragraph 13 of Microsoft's Counterclaims.

14. Sun admits that on May 21, 2002, Sun sent a letter, a copy of which is attached as Exhibit D to Microsoft's Counterclaims. Except as expressly admitted, Sun denies each and every allegation in paragraph 14 of Microsoft's Counterclaims.

15. Sun admits that it received a letter dated June 7, 2002, a copy of which is attached as Exhibit E to Microsoft's Counterclaims, from Mr. Parthasarathy addressed to Ms. Sueltz. Except as expressly admitted, Sun denies each and every allegation in paragraph 15 of Microsoft's Counterclaims.

16. Sun admits that on January 8, 2003, Richard Green sent a letter, a copy of which is attached as Exhibit F to Microsoft's Counterclaims, to Mr. Parthasarathy. In addition, Sun admits that it received a letter dated February 7, 2003, a copy of which is attached as Exhibit G to Microsoft's Counterclaims, from Mr. Parthasarathy addressed to Mr. Green. Except as expressly admitted, Sun denies each and every allegation in paragraph 16 of Microsoft's Counterclaims.

17. Sun admits that Microsoft distributed the MSJVM in Windows XP Service Pack 1. Sun also admits that it received a letter dated March 8, 2001, a copy of which is attached as Exhibit H to Microsoft's Counterclaims, from Microsoft. Except as expressly admitted, Sun denies each and every allegation in paragraph 17 of Microsoft's Counterclaims.

18. Sun incorporates by reference its answers to paragraphs 1-17 of Microsoft's Counterclaims.

19. Sun denies each and every allegation in paragraph 19 of Microsoft's Counterclaims.

20. Sun denies each and every allegation in paragraph 20 of Microsoft's Counterclaims.

21. Sun denies each and every allegation in paragraph 21 of Microsoft's Counterclaims.

22. Sun denies each and every allegation in paragraph 22 of Microsoft's Counterclaims.

23. Sun incorporates by reference its answers to paragraphs 1-22 of Microsoft's Counterclaims.

24. Sun admits that an actual controversy has arisen and now exists relating to the respective rights and obligations of Microsoft and Sun under the Settlement Agreement. Except as expressly admitted, Sun denies each and every allegation in paragraph 24 of Microsoft's Counterclaims.

25. Sun denies each and every allegation in paragraph 25 of Microsoft's Counterclaims.

26. Sun incorporates by reference its answers to paragraphs 1-25 of Microsoft's Counterclaims.

27. Sun admits that Microsoft and Sun are obligated to act in good faith and fair dealing under the Settlement Agreement. Except as expressly admitted, Sun denies each and every allegation in paragraph 27.

28. Sun denies each and every allegation in paragraph 28 of Microsoft's Counterclaims.

29. Sun denies each and every allegation in paragraph 29 of Microsoft's Counterclaims.[1]

## II. SUN'S AFFIRMATIVE DEFENSES TO MICROSOFT'S COUNTERCLAIMS

As further answer and as affirmative defenses, Sun alleges the following:

### FIRST AFFIRMATIVE DEFENSE

Microsoft's Counterclaims fail to state any claim against Sun upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Microsoft's Counterclaims are barred by Microsoft's own defaults under the Settlement Agreement.

### THIRD AFFIRMATIVE DEFENSE

Microsoft's Counterclaims are barred, in whole or in part, by Sun's termination of the Settlement Agreement in response to Microsoft's failure to cure its defaults.

---

[1] Because Microsoft's Fourth Counterclaim alleging violation of California's Business and Professions Code §17200 *et seq.* was dismissed with prejudice by Judge Motz's July 21, 2003 Order, Sun does not deny or admit any of the allegations in paragraph 30-34 of Microsoft's Counterclaims.

### FOURTH AFFIRMATIVE DEFENSE

Sun was privileged or justified to take the actions complained of in Microsoft's Counterclaims.

### FIFTH AFFIRMATIVE DEFENSE

Microsoft's Counterclaims are barred in whole or in part because Sun's conduct constitutes the permissible exercise of Sun's intellectual property rights.

### SIXTH AFFIRMATIVE DEFENSE

Microsoft's Counterclaims are barred, in whole or in part, because Sun's conduct constitutes the good faith assertion or protection of its legally protected interests or rights.

### SEVENTH AFFIRMATIVE DEFENSE

Microsoft's Counterclaims are barred by the doctrines of laches, estoppel, and/or waiver.

### EIGHTH AFFIRMATIVE DEFENSE

To the extent Microsoft has suffered damages, if at all, it has failed to take reasonable measures to mitigate its damages in whole or in part, and is barred from recovering damages that it could have reasonably avoided.

### NINTH AFFIRMATIVE DEFENSE

To the extent Microsoft has suffered damages, if at all, they are the result of Microsoft's own actions or failure to act.

**III.   SUN'S PRAYER FOR RELIEF ON MICROSOFT'S COUNTERCLAIMS**

**WHEREFORE,** Sun prays for relief against Microsoft as follows:

1. That this Court dismiss Microsoft's Counterclaims with prejudice;

2. That Microsoft take nothing by reason of its Counterclaims;

3. That Judgment be entered in favor of Sun on each of its claims and prayers as alleged in Sun's First Amended Complaint, as amended by interlineation, incorporated by reference herein;

4. That Sun be awarded its costs of suit and reasonable attorneys' fees; and

5. For such other and further relief as the Court deems just and appropriate.

**IV.    JURY DEMAND**

Sun demands trial by jury pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

Dated:  August 22, 2003

/s/ _____

| | |
|---|---|
| SONNENSCHEIN NATH & ROSENTHAL LLP<br>Michael A. Schlanger<br>Kirk R. Ruthenberg<br>1301 K Street, N.W.<br>Suite 600, East Tower<br>Washington, DC  20005<br>(202) 408-6400 | DAY CASEBEER<br>MADRID & BATCHELDER LLP<br>Lloyd R. Day, Jr.<br>James R. Batchelder<br>Robert M. Galvin<br>20300 Stevens Creek Blvd., Suite 400<br>Cupertino, CA  95014<br>(408) 873-0110 |
| CLIFFORD CHANCE LLP<br>Daniel R. Harris<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>(650) 858-4300 | TOWNSEND & TOWNSEND & CREW LLP<br>Eugene Crew<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111<br>(415) 576-0200 |
| | TYDINGS & ROSENBERG LLP<br>Thomas M. Wilson, Federal Bar No. 02560<br>John B. Isbister, Federal Bar No. 00639<br>100 East Pratt Street, 26th Floor<br>Baltimore, MD  21202<br>(410) 752-9700 |

*Attorneys for Plaintiff*
*Sun Microsystems, Inc.*