IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

NORTHERN DIVISION

|  |  |  |
|---|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | * | MDL Docket No. 1332 |
|  | * |  |
| This Document Relates to: *Sun Microsystems, Inc. v. Microsoft Corp.*, | * | Honorable J. Frederick Motz |
|  | * |  |
| Civil Action No.: JFM-02 2739 | * |  |

******

## NOTICE OF ENTRY OF APPEARANCE

I, Steven H. Frankel, do hereby enter my appearance for the above-captioned case as co-counsel for Sun Microsystems, Inc.

Dated: October 3, 2003

Steven H. Frankel

SONNENSCHEIN NATH &
ROSENTHAL LLP
685 Market Street
Sixth Floor
San Francisco, CA 94105
(415) 882-5000
(415) 543-5472 - fax
California Bar # 171919

27149358\V-1