IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sun Microsystems, Inc. v. Microsoft Corporation,*<br>Civil Action No. JFM-02-2739 | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

## NOTICE OF SERVICE

Please take notice that on this date Defendant, Microsoft Corporation, served a copy of Microsoft Corporation's Opposition to Sun Microsystems, Inc.'s Motion to Compel Microsoft to Produce Document Productions from *AT&T v. Microsoft* and *Bristol Tech. v. Microsoft*, and the Declaration of Dale Rice in Support, upon the following by first-class mail and facsimile:

**Counsel for Sun Microsystems, Inc.**

Lloyd R. Day, Jr.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone:  (408) 255-3255
Facsimile:   (408) 873-0220
E-Mail:       daylr@daycasebeer.com

**Counsel for Sun Microsystems, Inc.**

Michael A. Schlanger
Sonnenschein Nath & Rosenthal
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
Telephone:  (202) 408-6438
Facsimile:   (202) 408-6399
E-Mail:       mschlanger@sonnenschein.com

**Counsel for Sun Microsystems, Inc.**

John B. Isbister
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland  21202
Telephone:  (410) 752-9700
Facsimile:   (410) 727-5460
E-Mail:       jisbister@tydingslaw.com

**Counsel for Burst.com, Inc.**

Bruce J. Wecker
Hosie, Frost, Large & McArthur LLP
Spear Street Tower
One Market Street
San Francisco, CA 94105
Telephone: (415) 247-6000
Facsimile:   (415) 247-6001
E-Mail:       bwecker@hosielaw.com

- 2 -

Date: October 17, 2003

David B. Tulchin
Steven L. Holley
Marc De Leeuw
SULLIVAN & CROMWELL
125 Broad Street
New York, New York 10004
Telephone:   (212) 558-4000

Thomas W. Burt
Richard J. Wallis
Linda K. Norman
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
Telephone: (425) 936-8080

David T. McDonald
Karl J. Quackenbush
PRESTON GATES & ELLIS LLP
701 Fifth Avenue, Suite 5000
Seattle, Washington 98104
Telephone:   (206) 623-7580

October 17, 2003

_/s/ Dale A. Rice_____
Dale A. Rice
Matthew L. Larrabee
A. Mari Mazour
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 Bush Street
San Francisco, California 94104
Telephone:   (415) 772-6000

Darryl Snider
HELLER EHRMAN WHITE & MCAULIFFE LLP
601 S. Figueroa Street, 40th Floor
Los Angeles, California 90017-5758
Telephone:   (213) 689-0200

Michael F. Brockmeyer
(Federal Bar No. 02307)
Jeffrey D. Herschman
(Federal Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone:   (410) 580-3000

*Attorneys for Microsoft Corporation*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 17, 2003, I caused a copy of the foregoing Notice of Service to be served upon the following by first-class mail and facsimile:

**Counsel for Sun Microsystems, Inc.**

Lloyd R. Day, Jr.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone:    (408) 255-3255
Facsimile:    (408) 873-0220
E-Mail:    daylr@daycasebeer.com

**Counsel for Sun Microsystems, Inc.**

John B. Isbister
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
Telephone:    (410) 752-9700
Facsimile:    (410) 727-5460
E-Mail:    jisbister@tydingslaw.com

**Counsel for Sun Microsystems, Inc.**

Michael A. Schlanger
Sonnenschein Nath & Rosenthal
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
Telephone:    (202) 408-6438
Facsimile:    (202) 408-6399
E-Mail:    mschlanger@sonnenschein.com

**Counsel for Burst.com, Inc.**

Bruce J. Wecker
Hosie, Frost, Large & McArthur LLP
Spear Street Tower
One Market Street
San Francisco, CA 94105
Telephone: (415) 247-6000
Facsimile:    (415) 247-6001
E-Mail:    bwecker@hosielaw.com

_____
Jeffrey D. Herschman