IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **IN RE MICROSOFT CORP.** \*<br>**ANTITRUST LITIGATION**<br>     \*<br>**This Document relates to:**     MDL Docket No. 1332<br>*Sun Microsystems, Inc.  v.*  \*<br>*Microsoft Corp.,*     Hon. J. Frederick Motz<br>     \*<br>**Civil Action No. C-02-01150 RMW (PVT)**<br>**(N.D. Cal.)**     \* | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff Sun Microsystems, Inc., by its undersigned attorneys, moves for leave to file its Second Amended Complaint.  In support of this motion, Sun states:

1. The few new allegations asserted in the Second Amended Complaint (Exhibit A to the accompanying memorandum) are inextricably bound to the facts and claims alleged in Sun's previous complaints.  Judicial economy dictates that Sun be permitted to pursue the new allegations in the context of this action, where considerable resources of this Court and the parties have already been expended.  Judicial economy will also be served by Sun's decision to forego pursuing former Counts Seven, Twelve, and Thirteen in the Second Amended Complaint.

2. No undue prejudice will be inflicted upon Microsoft if leave to amend is granted.

#360553

3. Pursuant to Local Rule 103.6 (d), Sun has requested Microsoft's consent to this motion. Microsoft has replied that it is unable to respond to Sun's request until Microsoft has had an opportunity to review the pleading.

4. In further support of this motion, the Court is referred to the accompanying memorandum.

WHEREFORE, Sun Microsystems, Inc., respectfully requests that it be granted leave to file its Second Amended Complaint.

Date:  November 10, 2003

/s/ John B. Isbister
Thomas M. Wilson, Federal Bar No. 02560
John B. Isbister, Fed. Bar No. 00639
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
Telephone: (410) 752-9700
Fax: (410) 727-5460

Lloyd R. Day, Jr. (Cal. Bar. No. 90875)
James R. Batchelder (Cal. Bar. No. 136347)
Robert M. Galvin (Cal. Bar. No. 171508)
DAY CASEBEER
MADRID & BATCHELDER LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA  95014
(408) 873-0110

Michael A. Schlanger
Kirk R. Ruthenberg
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
(202) 408-6400

Eugene Crew (Cal. Bar No. 34395)
Richard L. Grossman (Cal. Bar No. 112841)
TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111-3834
(415) 576-0200

#360553

3

Daniel R. Harris
CLIFFORD CHANCE LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
(650) 858-4300