# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                    Reply to Northern Division Address

December 29, 2003

Jeffrey D. Herschman
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209

Re:   Case No. JFM 02-2739

Dear Counsel/Party:

Your Notices of Service regarding Discovery of Subpoena was filed electronically on 12/18/03 and 12/23/03; however, it is deficient in the area(s) checked below. The link to the document has been reset so that non-court users may not access it and the docket text has been modified to indicate that it was filed in error.

**Document filed in wrong case:**
- ☐ Case caption and number do not match. Document should be refiled in case no.: _____.
- ☐ Case number is incorrect and correct number cannot be determined. Document should be refiled in correct case.
- ☐ Document filed in consolidated member case which should have been filed in lead case. Document should be refiled in case no.: _____.

**Failure to meet requirements of Local Rules 104, 105, and Fed.R.Civ.P. 5:**
- ☒ Discovery requests and responses should not be filed with the court.
- ☒ Notices of service of discovery requests and responses should not be filed with the court.
- ☐ Rule 26(a) disclosures should not be filed with the court.

**Miscellaneous:**
- ☐ Document should not have been filed electronically. You must submit an original and the appropriate number of copies on paper to the Clerk within 48 hours.
- ☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
- ☒ Other. **Notices of Service regarding Discovery should not be filed with the court.**

Very truly yours,

/s/
Evaleen Gibbons
for
Felicia C. Cannon, Clerk

cc: Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Filed in Error Letter - Clerk's Version

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov