UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*Sun Microsystems, Inc. v. Microsoft Corporation*<br>Civil Action No. JFM-02-2739<br><br>*Burst.com v. Microsoft Corporation*<br>Civil Action No. JFM-02-cv-2952 | MDL DOCKET NO. 1332<br>Hon. J. Fredrick Motz |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure and the definitions and instructions set forth in the Subpoena attached to the Notice, the party below:

>AT&T, Inc
>c/o Stephen R. Knox
>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
>33 Washington Street
>Newark, NJ 07102-3107

is required to produce for inspection and copying the documents specified in the Schedule A, attached to the Subpoena, at the specified location, on January 29, 2004 at 9:30 a.m.

Dated: December 30, 2003

Respectfully submitted,

*Stuart M. Rennert*

David B. Tulchin
Phillip L. Graham, Jr.
Richard C. Pepperman, II
SULLIVAN & CROMWELL
125 Broad Street
New York, NY 10004-2498
(212)558-4000

HELLER EHRMAN WHITE & McAULIFFE LLP
1666 K Street N.W.
Washington, DC 20006-1228
(202)912-2000

Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
(425)936-8080

*Counsel for Defendant MICROSOFT CORPORATION*

## PROOF OF SERVICE BY MAIL

I, Leslie Jackson, declare as follows:

I am employed with the law firm of Heller Ehrman White & McAuliffe, LLP whose address is 1666 K Street, Washington, DC 20006. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years and not a party to this action.

On December 30, 2003, I served the following:

**NOTICE OF SERVICE OF DISCOVERY**

**SUBPOENA IN A CIVIL CASE - AT&T, INC.**

on the below parties in this action by placing true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 30, 2003 at Washington, D.C.

_____
Leslie Jackson

**SERVICE LIST FOR PLAINTIFFS' COUNSEL - MDL 1332 Microsoft Competitor Cases**

**COUNSEL FOR SUN MICROSYSTEMS, INC.**

Lloyd R. Day, Jr.
James R. Batchelder
Robert M. Galvin
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Phone:   408.255.3255
Fax:   408.873.0220
Email:   daylr@daycasebeer.com

Kirk R. Ruthenberg
Michael A. Schlanger
Michael L. Kiklis
Drew W. Marrocco
Sonnenschein Nath & Rosenthal
1301 K Street, N.W.
Suite 600, East Tower
Washington, DC 20005
Phone:   202.408.6410; 202.408.6438
Fax:   202.408.6399
Email:   kruthenberg@sonnenschein.com

John B. Isbister
Thomas M. Wilson
Tydings & Rosenberg, LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21202
Phone:   410.752.9700
Fax:   410.727.5460
Email:   jisbister@tydingslaw.com

Eugene Crew
William L. Jaeger
Daniel J. Furniss
Richard L. Grossman
Townsend and Townsend and Crew, LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111-3834
Phone:   415.576.0200
Fax:   415.576.0300
Email:   ecrew@townsend.com

**COUNSEL FOR BURST.COM, INC.**

Bruce J. Wecker
Hosie, Frost, Large & McArthur LLP
Spear Street Tower
One Market Street
San Francisco, CA 94105
Phone:   415.247.6000
Fax:   415.247.6001
Email:   bwecker@hosielaw.com