UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*Sun Microsystems, Inc. v. Microsoft Corporation*<br>Civil Action No. JFM-02-2739 | MDL DOCKET NO. 1332<br>Hon. J. Fredrick Motz |

**NOTICE OF SERVICE OF DISCOVERY**

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure and the definitions and instructions set forth in the Subpoena attached to the Notice, the party below:

>BEA Systems, Inc.
>Custodian of the Records
>2315 North First Street
>San Jose, CA 95131

is required to produce for inspection and copying the documents specified in the Schedule A, attached to the Subpoena, at the specified location, on January 30, 2004 at 9:30 a.m.

Dated: December 31, 2003

Respectfully submitted,

/s/ Stuart M. Rennert

Stuart M. Rennert

| | |
|---|---|
| David B. Tulchin<br>Phillip L. Graham, Jr.<br>Richard C. Pepperman, II<br>SULLIVAN & CROMWELL<br>125 Broad Street<br>New York, NY 10004-2498<br>(212)558-4000 | HELLER EHRMAN WHITE & McAULIFFE LLP<br>1666 K Street N.W.<br>Washington, DC 20006-1228<br>(202)912-2000 |
| Thomas W. Burt<br>Richard J. Wallis<br>Steven J. Aeschbacher<br>MICROSOFT CORPORATION<br>One Microsoft Way<br>Redmond, Washington 98052<br>(425)936-8080 | Charles W. Douglas<br>David F. Graham<br>David M. Schiffman<br>SIDLEY AUSTIN BROWN & WOOD<br>Bank One Plaza, 10 S. Dearborn Street<br>Chicago, Illinois 60603<br>(312)853-7000 |

*Counsel for Defendant MICROSOFT CORPORATION*

**PROOF OF SERVICE BY MAIL**

I, Lorie Scruggs, declare as follows:

I am employed with the law firm of Heller Ehrman White & McAuliffe, LLP whose address is 1666 K Street, Washington, DC 20006. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years and not a party to this action.

On December 31, 2003, I served the following:

**NOTICE OF SERVICE OF DISCOVERY**

**SUBPOENA IN A CIVIL CASE - BEA SYSTEMS, INC.**

on the below parties in this action by placing true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 31, 2003 at Washington, D.C.

_____
Lorie Scruggs

**SERVICE LIST FOR PLAINTIFFS' COUNSEL - MDL 1332 Microsoft Competitor Cases**

**COUNSEL FOR SUN MICROSYSTEMS, INC.**

Lloyd R. Day, Jr.
James R. Batchelder
Robert M. Galvin
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Phone:   408.255.3255
Fax:     408.873.0220
Email:   daylr@daycasebeer.com

Kirk R. Ruthenberg
Michael A. Schlanger
Michael L. Kiklis
Drew W. Marrocco
Sonnenschein Nath & Rosenthal
1301 K Street, N.W.
Suite 600, East Tower
Washington, DC 20005
Phone:   202.408.6410; 202.408.6438
Fax:     202.408.6399
Email:   kruthenberg@sonnenschein.com

John B. Isbister
Thomas M. Wilson
Tydings & Rosenberg, LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21202
Phone:   410.752.9700
Fax:     410.727.5460
Email:   jisbister@tydingslaw.com

Eugene Crew
William L. Jaeger
Daniel J. Furniss
Richard L. Grossman
Townsend and Townsend and Crew, LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111-3834
Phone:   415.576.0200
Fax:     415.576.0300
Email:   ecrew@townsend.com