IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

IN RE MICROSOFT CORP.
ANTITRUST LITIGATION

This Document relates to:                                   MDL Docket No. 1332
*Sun Microsystems, Inc. v.*
*Microsoft Corp.,*                                          Hon. J. Frederick Motz

Civil Action No. JFM-02-2739

\*   \*   \*   \*   \*   \*        \*   \*   \*   \*   \*   \*

**NOTICE OF SERVICE**

55253_1

Please take notice that on January 23, 2004 a copy of Sun Microsystems, Inc.'s Opposition to Microsoft's "Motion Seeking Redress for Sun's Failure to Produce Responsive and Readable Documents on a Timely Basis" and Declaration of Stefan Adler in Support of Sun Microsystems, Inc.'s Opposition to Microsoft's "Motion Seeking Redress for Sun's Failure to Produce Responsive and Readable Documents on a Timely Basis" by facsimile transmission to the following:

David Tulchin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Fax: (212) 558-3588

Jon Rewinski
HELLER EHRMAN WHITE & McAULIFFE LLP
601 South Figueroa Street, 40th Floor
Los Angeles, CA 90017-5758
Fax: (213) 614-1868

Dale A. Rice
HELLER EHRMAN WHITE & McAULIFFE LLP
333 Bush Street
San Francisco, CA 94104
Fax: (415) 772-6268

Michael F. Brockmeyer
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Fax: (410) 580-3001

                /s/ Steven H. Frankel
                Steven H. Frankel

Steven H. Frankel
SONNENSCHEIN NATH & ROSENTHAL LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 543-5472

Lloyd R. Day, Jr.

55253_1                                      1

James R. Batchelder
Robert M. Galvin
DAY CASEBEER MADRID &
  BATCHELDER LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

Thomas M. Wilson
John B. Isbister
TYDINGS & ROSENBERG LLP
100 East Pratt Street
Baltimore, MD 21202
Telephone: (410) 752-9714
Facsimile: (410) 727-5460

Attorneys for Plaintiff
SUN MICROSYSTEMS, INC.