UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION | MDL DOCKET NO. 1332<br>Hon. J. Frederick Motz |

NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure and the definitions and instructions set forth in the Subpoena attached to this Notice, the party below:

> Mainsoft Corporation
> c/o Shmulik Federbush
> Registered Agent
> 3850 N. First Street
> San Jose, CA 95134

is required to produce for inspection and copying the documents specified in the Schedule A, attached to the Subpoena, at the specified location, at 9:30 a.m. on March 1, 2004.

- 2 -

*[signature]*
_____
Michael A. Schlanger
Christopher King
Drew W. Marrocco
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, N.W., Suite 600, East Tower
Washington, D.C. 20005
(202) 408-6400
Fax: (202) 408-6399


John B. Isbister
TYDINGS & ROSENBERG LLP
100 East Pratt Street - 26th Floor
Baltimore, MD 21202
(410) 752-9700
Fax: (410) 727-5460


Counsel for Plaintiff
SUN MICROSYSTEMS, INC.