IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sun Microsystems, Inc. v. Microsoft Corp.*<br>Civil Action No. JFM 02-2739 | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

## NOTICE OF SERVICE

Please take notice that on January 29, 2004 a true and correct copy of Microsoft Corporation's Motion to Compel Sun Microsystems, Inc. to Designate and Make Available A Knowledgeable Witness in Response to Microsoft's Rule 30(B)(6) Deposition Notice Dated December 31, 2003 and Declaration of Jon L. Rewinski in Support of Microsoft Corporation's Motion to Compel Sun Microsystems, Inc. to Designate and Make Available A Knowledgeable Witness in Response to Microsoft's Rule 30(B)(6) Deposition Notice Dated December 31, 2003 was sent by first-class mail and facsimile to the following:

> Lloyd R. Day, Jr.
> Day Casebeer Madrid & Batchelder LLP
> 20300 Stevens Creek Blvd., Suite 400
> Cupertino, CA 95014
>
> Michael A. Schlanger
> Kirk R. Ruthenberg
> Michael L. Kiklis
> Drew W. Marrocco
> Sonnenschein Nath & Rosenthal
> 1301 K Street, N.W., Suite 600, E. Tower
> Washington, D.C. 20005

Steven H. Frankel
Sonnenschein Nath & Rosenthal
685 Market Street, 6th Floor
San Francisco, CA 94105


John B. Isbister
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202


Bruce J. Wecker
Hosie, Frost, Large & McArthur LLP
Spear Street Tower
One Market Street
San Francisco, CA 94105


Michael F. Brockmeyer

Date: January 30, 2004

| | |
|---|---|
| Of Counsel:<br>David B. Tulchin<br>D. Stuart Meiklejohn<br>Steven L. Holley<br>Marc De Leeuw<br>SULLIVAN & CROMWELL<br>125 Broad Street<br>New York, New York  10004<br>Telephone:     (212) 558-4000 | Michael F. Brockmeyer<br>(Federal Bar No. 02307)<br>Jeffrey D. Herschman<br>(Federal Bar No. 00101)<br>PIPER RUDNICK LLP<br>6225 Smith Avenue<br>Baltimore, Maryland  21209<br>Telephone:     (410) 580-3000 |
| Thomas W. Burt<br>Richard J. Wallis<br>Linda K. Norman<br>MICROSOFT CORPORATION<br>One Microsoft Way<br>Redmond, Washington  98052<br>Telephone: (425) 936-8080 | Matthew L. Larrabee<br>Dale A. Rice<br>A. Mari Maour<br>HELLER EHRMAN WHITE & MCAULIFFE LLP<br>333 Bust Street<br>San Francisco, California  94104<br>Telephone: (415) 772-6000 |
| David T. McDonald<br>Karl J. Quackenbush<br>PRESTON GATES & ELLIS LLP<br>701 Fifth Avenue, Suite 5000<br>Seattle, Washington  98104<br>Telephone: (206) 623-7580 | Darryl Snider<br>Jon L. Rewinski<br>HELLER EHRMAN WHITE & MCAULIFFE LLP<br>601 S. Figueroa Street, 40th Floor<br>Los Angeles, California  90017-5758<br>Telephone: (213) 689-0200 |

*Attorneys for Microsoft Corporation*