IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sun Microsystems, Inc. v. Microsoft Corporation,*<br>Civil Action No. JFM-02-2739 | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

### MICROSOFT'S MOTION TO DISMISS CLAIMS 1, 4 & 10 OF SUN'S SECOND AMENDED COMPLAINT TO THE EXTENT SUPPORTED BY FAILURE-TO-ASSIST ALLEGATIONS

Defendant Microsoft Corporation hereby moves and respectfully requests that this Court enter an order dismissing the following claims of Sun's Second Amended Complaint ("SAC"):

1. Claim 1 to the extent based on Microsoft's alleged (a) failure to port Microsoft Office, SAC ¶¶ 199-200; (b) failure to port the .NET Framework, *id.* ¶ 226; and (c) nondisclosure of technical information regarding Active Directory, *id.* ¶¶ 165, 189-90, 238, 246, 250-51;

2. Claim 4 to the extent based on Microsoft's alleged (a) nondisclosure of technical information regarding its Windows server operating systems, *id.* ¶¶ 142, 146, 152, 154-55 158, 160, 163, 165, 169, 171, 185, 189-90, 238, 246, 250-51; (b) nondisclosure of technical information regarding Microsoft Exchange and Microsoft Outlook, *id.* ¶¶ 172-73, 204, 246, 250-51; (c) failure to port Microsoft Exchange, *id.* ¶¶ 172-73; and (d) failure to port the .NET Framework, *id.* ¶ 226; and

3. Claim 10 to the extent based on Microsoft's alleged nondisclosure of Windows operating-system application programming interfaces used by Microsoft Office, *id.* ¶¶ 201.

Microsoft's motion to dismiss is based upon the accompanying memorandum in support of the motion, any reply memorandum or other papers filed in support of the motion, the pleadings and

files in this action, and such other matters as may properly be presented to this Court prior to or at the hearing on the motion.

Dated: January 30, 2004

Respectfully submitted,

By: /s/ Matthew L. Larrabee
Matthew L. Larrabee
HELLER EHRMAN WHITE & McAULIFFE LLP
333 Bush Street
San Francisco, California 94104
Telephone: (415) 772-6000

Attorneys for Defendant MICROSOFT CORPORATION

*Additional Counsel for Microsoft Corporation:*

| | |
|---|---|
| David B. Tulchin | Dale A. Rice |
| Steven L. Holley | A. Mari Mazour |
| Marc De Leeuw | HELLER EHRMAN WHITE & MCAULIFFE LLP |
| SULLIVAN & CROMWELL LLP | 333 Bush Street |
| 125 Broad Street | San Francisco, California 94104 |
| New York, New York 10004 | Telephone: (415) 772-6000 |
| Telephone: (212) 558-4000 | |
| Thomas W. Burt | Darryl Snider |
| Richard J. Wallis | John M. Landry |
| Linda K. Norman | HELLER EHRMAN WHITE & MCAULIFFE LLP |
| MICROSOFT CORPORATION | 601 S. Figueroa Street, 40th Floor |
| One Microsoft Way | Los Angeles, California 90017-5758 |
| Redmond, Washington 98052 | Telephone: (213) 689-0200 |
| Telephone: (425) 706-8080 | |
| Michael F. Brockmeyer | David T. McDonald |
| PIPER RUDNICK LLP | Karl J. Quackenbush |
| 6225 Smith Avenue | PRESTON GATES & ELLIS LLP |
| Baltimore, Maryland 21209 | 925 Fourth Avenue, Suite 2900 |
| Telephone: (410) 580-3000 | Seattle, Washington 98104-1158 |
| | Telephone: (206) 623-7580 |