IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sun Microsystems, Inc. v. Microsoft Corp.*<br>Civil Action No. JFM 02-2739 | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

### CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2004 a true and correct copy of:

(1)   Microsoft's Motion to Dismiss Claims 1, 4 & 10 of Sun's Second Amended Complaint to the Extent Supported by Failure-to-Assist Allegations

and

(2)   Microsoft's Memorandum in Support of Its Motion to Dismiss Claims 1, 4 & 10 of Sun's Second Amended Complaint to the Extent Supported by Failure-To-Assist Allegations

was sent by email and overnight delivery to the following:

> Lloyd R. Day, Jr.
> Day Casebeer Madrid & Batchelder LLP
> 20300 Stevens Creek Blvd., Suite 400
> Cupertino, CA  95014
>
> Michael A. Schlanger
> Kirk R. Ruthenberg
> Michael L. Kiklis
> Drew W. Marrocco
> Sonnenschein Nath & Rosenthal
> 1301 K Street, N.W., Suite 600, E. Tower
> Washington, D.C.  20005

Steven H. Frankel
Sonnenschein Nath & Rosenthal
685 Market Street, 6th Floor
San Francisco, CA 94105


John B. Isbister
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202


Bruce J. Wecker
Hosie, Frost, Large & McArthur LLP
Spear Street Tower
One Market Street
San Francisco, CA 94105

_____
Michael F. Brockmeyer

- 3 -

Date: January 30, 2004

| | |
|---|---|
| Of Counsel:<br>David B. Tulchin<br>D. Stuart Meiklejohn<br>Steven L. Holley<br>Marc De Leeuw<br>SULLIVAN & CROMWELL<br>125 Broad Street<br>New York, New York 10004<br>Telephone:     (212) 558-4000 | Michael F. Brockmeyer<br>(Federal Bar No. 02307)<br>Jeffrey D. Herschman<br>(Federal Bar No. 00101)<br>PIPER RUDNICK LLP<br>6225 Smith Avenue<br>Baltimore, Maryland 21209<br>Telephone:     (410) 580-3000 |
| Thomas W. Burt<br>Richard J. Wallis<br>Linda K. Norman<br>MICROSOFT CORPORATION<br>One Microsoft Way<br>Redmond, Washington 98052<br>Telephone: (425) 936-8080 | Matthew L. Larrabee<br>Dale A. Rice<br>A. Mari Maour<br>HELLER EHRMAN WHITE & MCAULIFFE LLP<br>333 Bust Street<br>San Francisco, California 94104<br>Telephone: (415) 772-6000 |
| David T. McDonald<br>Karl J. Quackenbush<br>PRESTON GATES & ELLIS LLP<br>701 Fifth Avenue, Suite 5000<br>Seattle, Washington 98104<br>Telephone: (206) 623-7580 | Darryl Snider<br>Jon L. Rewinski<br>HELLER EHRMAN WHITE & MCAULIFFE LLP<br>601 S. Figueroa Street, 40th Floor<br>Los Angeles, California 90017-5758<br>Telephone: (213) 689-0200 |

*Attorneys for Microsoft Corporation*