IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sun Microsystems, Inc. v. Microsoft Corporation,*<br>Civil Action No. JFM-02-2739 | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

## CERTIFICATE OF CONFERENCE FOR MICROSOFT'S MOTION SEEKING REDRESS FOR SUN'S FAILURE TO PRODUCE RESPONSIVE AND READABLE DOCUMENTS ON A TIMELY BASIS

David B. Tulchin
Steven L. Holley
Marc De Leeuw
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:   (212) 558-4000

Thomas W. Burt
Richard J. Wallis
Linda K. Norman
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington  98052
Telephone: (425) 936-8080

David T. McDonald
Karl J. Quackenbush
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington  98104
Telephone:   (206) 623-7580

Matthew L. Larrabee
Dale A. Rice
A. Mari Mazour
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 Bush Street
San Francisco, California  94104
Telephone:   (415) 772-6000

Darryl Snider
Jon L. Rewinski
HELLER EHRMAN WHITE & MCAULIFFE LLP
601 S. Figueroa Street, 40th Floor
Los Angeles, California  90017-5758
Telephone:   (213) 689-0200

Michael F. Brockmeyer
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland  21209
Telephone:   (410) 580-3000

*Attorneys for Microsoft Corporation*

February 3, 2004

**Meetings Pursuant to Local Rule 104.7**

Pursuant to Local Rule 104.7, the parties have held a number of discussions in an effort to resolve the issues addressed in Microsoft's Motion Seeking Redress for Sun's Failure to Produce Responsive and Readable Documents on a Timely Basis, including the exchange of several letters (copies of many of which have been attached to the pleadings) and numerous telephonic conferences (including, without limitation, lengthy telephonic conferences on October 16, 2003 and December 1 and 24, 2003 between counsel).

In addition, on January 8, 2004, representatives of Microsoft met with representatives of Sun starting at 11:00 am and lasting until late afternoon in Heller Ehrman's Menlo Park, California office in an attempt to resolve the issues raised in Microsoft's Motion Seeking Redress. Microsoft representatives present at the January 8 meeting included Kim Rabine (from Microsoft), Jon L. Rewinski (outside counsel) and Martha Dawson (outside counsel). In addition, several other members of Microsoft's legal team participated in the same meeting by conference call. Sun representatives present at the January 8 meeting included Michael A. Schlanger (outside counsel), Steven H. Frankel (outside counsel), Anne Ortel (outside counsel), Paris Georgallis (from CaseCentral, an outside vendor assisting Sun in producing electronic documents to Microsoft in this case), Ben Hekster (also from CaseCentral) and Stefan Adler (also from CaseCentral). As explained below, the parties resolved some but not all of the issues raised in the Motion Seeking Redress as a result of the January 8 meeting.

Finally, on February 2, 2004, after all of the pleadings on the Motion Seeking Redress were served, Michael A. Schlanger on behalf of Sun and Jon L. Rewinski on behalf of Microsoft met and conferred telephonically about the motion.

**Issues That Have Been Resolved**

As a result of the parties' extensive meet and confer efforts, the parties have resolved the following issues raised in Microsoft's Motion Seeking Redress:

(a) Sun has withdrawn all of its productions of electronic documents, including the October 25 and December 2 productions. Furthermore, Sun has excised computer images with the types of problems identified in Microsoft's motion and provided to Microsoft replacement images of the non-problematic documents so that Microsoft could begin processing the non-problematic documents. Sun also agreed to fix certain problems (as discussed below) and produce replacement images.

(b) For responsive electronic documents with the "embedded code problem" (in which one or more attachments to a document has become corrupted such that the attachment is embedded in the parent document, and thus, unreadable even when examined in native electronic format (*see, e.g.*, Motion Seeking Redress, Ex. A)), Sun will produce the uncorrupted portion of the document (generally the parent, such as an e-mail) and replace the corrupted portion (*e.g.*, what was once the attachment) with a single-page placeholder entitled "Embedded Code."

(c) For responsive electronic documents with the "HTML coding problem" (in which electronic documents with HTML coding become incomprehensible because of formatting issues when converted into computer images (*see, e.g.*, Motion Seeking Redress, Ex. B)), Sun will reformat the electronic documents prior to conversion to an image so that the imaged document fairly depicts the original document.

(d) For responsive electronic documents that have been withheld because of a possible virus problem, Sun will print such documents and generate computer images from the printed version (unless the possible virus adversely affects the software used by Sun and the electronic document cannot be viewed in the Sun environment without release of the virus).

(e) For responsive electronic documents with one or more attachments, if either the parent (*e.g.*, an e-mail with attachments) or one or more of the attachments is responsive to Microsoft's document requests, Sun shall produce the parent and all attachments and shall not redact the document nor withhold individual attachments on

1

relevance grounds. *See* Motion Seeking Redress, Ex. D. Sun may, however, insert a placeholder sheet if system files or executables are attached to a responsive e-mail.

(f) For responsive electronic documents that are spreadsheets, presentations, Microsoft Visio documents and similar electronic documents (*see, e.g.*, Motion Seeking Redress, Ex. B (illustrating the type of problem with the images Sun produced)), Sun will reformat the electronic documents prior to conversion to a computer image so that the imaged document fairly depicts the original document and Microsoft can read the image.

## Issues That Have Not Been Resolved

There remain two major unresolved issues:

(1) The parties have not resolved whether Sun should be ordered to complete its production by a date certain (such as February 27, 2004, March 31, 2004, or some other date) and, if so, the form of such an order.

(2) The parties have not resolved how Sun's document production problems and failure to meet the December 31, 2003 deadline for substantially completing documents productions should impact the taking of depositions and other scheduling issues in this case.

## Briefing on the Unresolved Issues

Pursuant to Local Rule 104.8(c), Microsoft is filing with this Certificate originals and/or copies of the following:

1. Microsoft's Motion Seeking Redress for Sun's Failure to Produce Responsive and Readable Documents on a Timely Basis;

2. Declaration of Jon L. Rewinski in Support of Microsoft's Motion Seeking Redress for Sun's Failure to Produce Responsive and Readable Documents on a Timely Basis;

3. Certificate of Service of Microsoft's Motion Seeking Redress for Sun's Failure to Produce Responsive and Readable Documents on a Timely Basis and Declaration of Jon L. Rewinski;

2

4. Sun Microsystems, Inc.'s Opposition to Microsoft's "Microsoft's Motion Seeking Redress for Sun's Failure to Produce Responsive and Readable Documents on a Timely Basis";

5. Declaration of Stefan E. Adler in Support of Sun's Opposition to Microsoft's "Microsoft's Motion Seeking Redress for Sun's Failure to Produce Responsive and Readable Documents on a Timely Basis";

6. Microsoft's Reply to Sun's Opposition to Motion Seeking Redress for Sun's Failure to Produce Responsive and Readable Documents on a Timely Basis; and

7. Certificate of Service of Microsoft's Reply to Sun's Opposition to Motion Seeking Redress for Sun's Failure to Produce Responsive and Readable Documents on a Timely Basis.

February 3, 2004          By: _____
                               Jon L. Rewinski
                               HELLER EHRMAN WHITE & McAULIFFE LLP
                               601 South Figueroa Street
                               Los Angeles, California 90017
                               Telephone: (213) 689-0200

                               Attorneys for Defendant MICROSOFT CORPORATION

*Additional Counsel for Microsoft Corporation:*

David B. Tulchin
D. Stuart Meiklejohn
Steven L. Holley
Marc De Leeuw
SULLIVAN & CROMWELL
125 Broad Street
New York, New York 10004
Telephone:   (212) 558-4000

Thomas W. Burt
Richard J. Wallis
Linda K. Norman
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
Telephone:   (425) 936-8080

David T. McDonald
Karl J. Quackenbush
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone:   (206) 623-7580

Matthew L. Larrabee
Dale A. Rice
A. Mari Mazour
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 Bush Street
San Francisco, California 94104
Telephone:   (415) 772-6000

Darryl Snider
Jon L. Rewinski
HELLER EHRMAN WHITE & MCAULIFFE LLP
601 S. Figueroa Street, 40th Floor
Los Angeles, California 90017-5758
Telephone:   (213) 689-0200

Michael F. Brockmeyer
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone:   (410) 580-3000

4

## CERTIFICATE OF SERVICE

I hereby certify that, on February 3, 2004, I served a true and correct copy of the foregoing Certificate Of Conference For Microsoft's Motion Seeking Redress For Sun's Failure To Produce Responsive And Readable Documents On A Timely Basis and its attachments, by overnight courier, upon the individuals listed below:

Lloyd R. Day, Jr.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone:   (408) 255-3255
Facsimile:   (408) 873-0220

Michael A. Schlanger, Esq.
Kirk R. Ruthenberg, Esq.
Michael L. Kiklis
Drew W. Marrocco
Sonnenschein Nath & Rosenthal
1301 K Street, N.W., Suite 600, E. Tower
Washington, D.C. 20005
Telephone:   (202) 408-6410
Facsimile:   (202) 408-6399

Steven H. Frankel, Esq.
Sonnenschein Nath & Rosenthal
685 Market Street, 6th Floor
San Francisco, CA 94105
Telephone:   (415) 882-5000
Facsimile    (415) 543-5472

John B. Isbister
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
Telephone:   (410) 752-9700
Facsimile:   (410) 727-5460

_____
Michael F. Brockmeyer
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209

5