IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION | :<br>:<br>: MDL DOCKET NO. 1332 |
| This Document Relates To: | :<br>: Hon. J. Frederick Motz |
| *Sun Microsystems, Inc. v. Microsoft Corporation* | :<br>: |
| Civil Action No. JFM-02-2739 | : |

**NOTICE OF FILING OF LENGTHY ATTACHMENTS
TO CERTIFICATE OF CONFERENCE FOR MICROSOFT'S
MOTION SEEKING REDRESS FOR SUN'S FAILURE TO PRODUCE
RESPONSIVE AND READABLE DOCUMENTS ON A TIMELY BASIS**

Please take notice that a copy of Attachments 1-7 to Certificate of Conference for Microsoft's Motion Seeking Redress for Sun's Failure to Produce Responsive and Readable Documents on a Timely Basis will be filed with the Clerk's Office in paper format.

The Attachments listed above exist only in paper format and if scanned would be larger than 1.5 MB. I certify that within 24 hours of the filing of this Notice, a paper copy of the Attachments identified above will be filed and served.

Dated: February 3, 2004

*/s/ Michael F. Brockmeyer*
Michael F. Brockmeyer
(Fed. Bar No. 02307)
Jeffrey D. Herschman
(Fed. Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2004, I caused a copy of the foregoing Certificate of Conference for Microsoft's Motion Seeking Redress for Sun's Failure to Produce Responsive and Readable Documents on a Timely Basis to be served upon the following by overnight courier:

Lloyd R. Day, Jr.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014

Michael A. Schlanger
Kirk R. Ruthenberg
Michael L. Kiklis
Drew W. Marrocco
Sonnenschein Nath & Rosenthal
1301 K Street, N.W., Suite 600, E. Tower
Washington, D.C. 20005

Steven H. Frankel
Sonnenschein Nath & Rosenthal
685 Market Street, 6th Floor
San Francisco, CA 94105

John B. Isbister
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202

_____
Michael F. Brockmeyer