## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

IN RE MICROSOFT CORP.
ANTITRUST LITIGATION

This Document Relates To:

*Sun Microsystems , Inc. v. Microsoft Corp.*
Civil Action No. JFM 02-2739

MDL Docket No. 1332
Hon. J. Frederick Motz

## NOTICE OF SERVICE

Please take notice that on February 13, 2004 a true and correct copy of Microsoft's Motion to Compel Responses to Its First Set of Merits-Based Fact Interrogatories and Declaration of Jon L. Rewinski in Support of Microsoft's Motion to Compel Responses to Its First Set of Merits-Based Fact Interrogatories were sent by first-class mail and facsimile to the following:

> Lloyd R. Day, Jr.
> Day Casebeer Madrid & Batchelder LLP
> 20300 Stevens Creek Blvd., Suite 400
> Cupertino, CA  95014
>
> Michael A. Schlanger
> Kirk R. Ruthenberg
> Michael L. Kiklis
> Drew W. Marrocco
> Sonnenschein Nath & Rosenthal
> 1301 K Street, N.W., Suite 600, E. Tower
> Washington, D.C.  20005
>
> John B. Isbister
> Tydings & Rosenberg LLP
> 100 East Pratt Street, 26th Floor
> Baltimore, Maryland  21202

Bruce J. Wecker
Hosie, Frost, Large & McArthur LLP
Spear Street Tower
One Market Street
San Francisco, CA  94105

Michael F. Brockmeyer

Date:  February 17, 2004

Of Counsel:
David B. Tulchin
D. Stuart Meiklejohn
Steven L. Holley
Marc De Leeuw
SULLIVAN & CROMWELL
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000

Michael F. Brockmeyer
(Federal Bar No. 02307)
Jeffrey D. Herschman
(Federal Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland  21209
Telephone:    (410) 580-3000

Thomas W. Burt
Richard J. Wallis
Linda K. Norman
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington  98052
Telephone:  (425) 936-8080

Matthew L. Larrabee
Dale A. Rice
A. Mari Maour
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 Bust Street
San Francisco, California  94104
Telephone:  (415) 772-6000

David T. McDonald
Karl J. Quackenbush
PRESTON GATES & ELLIS LLP
701 Fifth Avenue, Suite 5000
Seattle, Washington  98104
Telephone:  (206) 623-7580

Darryl Snider
Jon L. Rewinski
HELLER EHRMAN WHITE & MCAULIFFE LLP
601 S. Figueroa Street, 40th Floor
Los Angeles, California  90017-5758
Telephone:  (213) 689-0200

*Attorneys for Microsoft Corporation*