# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| IN RE MICROSOFT CORPORATION<br>ANTIRUST LITIGATION | : | |
| | : | |
| | : | |
| This Document Relates To: | : | MDL Docket No. 1332 |
| | : | Hon. J. Frederick Motz |
| *Sun Microsystems, Inc. v. Microsoft Corporation,* | : | |
| | : | |
| Civil Action No. JFM-02-2739 | : | |
| | : | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February, 2004, a copy of Sun

Microsystems, Inc.'s Opposition to Microsoft's Motion To Compel 30(B)(6) Deposition

was served via overnight delivery, to:

> Bruce J. Wecker, Esquire
> Hosie, Frost, Large & McArthur
> Spear Street Tower
> One Market Street, 22nd Floor
> San Francisco, California 94105
>
> Attorney for Burst.com, Inc.
>
> David B. Tulchin, Esquire
> Steven L. Holley, Esquire
> Marc DeLeeuw, Esquire
> Sullivan & Cromwell LLP
> 125 Broad Street
> New York, New York 10004
>
> Thomas W. Burt, Esquire
> Richard J. Wallis, Esquire
> Linda K. Norman, Esquire
> Microsoft Corporation
> One Microsoft Way
> Redmond, Washington 98052

411789

David T. McDonald, Esquire
Karl J. Quackenbush, Esquire
Preston, Gates & Ellis LLP
925 Fourth Avenue
Suite 2900
Seattle, Washington 98104

Matthew L. Larrabee, Esquire
Dale A. Rice, Esquire
Heller, Ehrman, White & McAuliffe LLP
333 Bush Street
San Francisco, California 94104

Darryl Snider, Esquire
Jon L. Rewinski, Esquire
Heller, Ehrman, White & McAuliffe LLP
601 S. Figueroa Street
40th Floor
Los Angeles, California 90017-5758

Michael F. Brockmeyer, Esquire
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209

and served electronically to:

Jon L. Rewinski, Esquire at jrewinski@hewm.com

Attorneys for Microsoft Corporation


_____/s/ John B. Isbister_____
Michael A. Schlanger
Kirk R. Ruthenberg
Sonnenschein Nath & Rosenthal
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C.  20005
Telephone: (202) 408-6400
Facsimile: (202) 408-6399

411789

2

Lloyd R. Day, Jr.
James R. Batchelder
Robert M. Galvin
Day Casebeer Madrid & Batchelder, LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, California 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

Thomas M. Wilson
John B. Isbister
Tydings & Rosenberg LLP
100 East Pratt Street
Baltimore, Maryland 21202
Telephone: (410) 752-9714
Facsimile: 410 727-5460

Attorneys for Plaintiff, Sun Microsystems, Inc.