IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sun Microsystems, Inc. v. Microsoft Corp.*<br>Civil Action No. JFM 02-2739 | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

## NOTICE OF SERVICE

Please take notice that on February 26, 2004 a true and correct copy of Microsoft's Reply in Support of Its Motion to Compel Sun Microsystems to Designate and Make Available a Knowledgeable Witness in Response to Microsoft's Rule 30 (B)(6) Deposition Notice Dated December 31, 2003 was sent by first-class mail and facsimile to the following:

Lloyd R. Day, Jr.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014

Michael A. Schlanger
Kirk R. Ruthenberg
Michael L. Kiklis
Drew W. Marrocco
Sonnenschein Nath & Rosenthal
1301 K Street, N.W., Suite 600, E. Tower
Washington, D.C. 20005

John B. Isbister
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202

Bruce J. Wecker
Hosie, Frost, Large & McArthur LLP
Spear Street Tower
One Market Street
San Francisco, CA 94105

Date: February 27, 2004

_____
Jeffrey D. Herschman

Of Counsel:
David B. Tulchin
D. Stuart Meiklejohn
Steven L. Holley
Marc De Leeuw
SULLIVAN & CROMWELL
125 Broad Street
New York, New York 10004
Telephone:    (212) 558-4000

Thomas W. Burt
Richard J. Wallis
Linda K. Norman
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
Telephone: (425) 936-8080

David T. McDonald
Karl J. Quackenbush
PRESTON GATES & ELLIS LLP
701 Fifth Avenue, Suite 5000
Seattle, Washington 98104
Telephone: (206) 623-7580

Michael F. Brockmeyer
(Federal Bar No. 02307)
Jeffrey D. Herschman
(Federal Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone:    (410) 580-3000

Matthew L. Larrabee
Dale A. Rice
A. Mari Maour
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 Bust Street
San Francisco, California 94104
Telephone: (415) 772-6000

Darryl Snider
Jon L. Rewinski
HELLER EHRMAN WHITE & MCAULIFFE LLP
601 S. Figueroa Street, 40th Floor
Los Angeles, California 90017-5758
Telephone: (213) 689-0200

*Attorneys for Microsoft Corporation*