IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION | |
| This Document relates to: | MDL Docket No. 1332 |
| *Sun Microsystems, Inc. v. Microsoft Corp.* | Hon. J. Frederick Motz |
| Civil Action No. JFM-02-2739 | |

**MICROSOFT CORPORATION'S MOTION TO FILE
CERTAIN MATERIAL UNDER SEAL**

Defendant Microsoft Corporation ("Microsoft") hereby moves, pursuant to Local Rule 105.11, for an order directing the filing of the following exhibits to Certificate of Conference for Microsoft's Motion to Compel Sun Microsystems, Inc. to Designate and Make Available a Knowledgeable Witness in Response to Microsoft's Rule 30 (B)(6) Deposition Notice Dated December 31, 2003 under seal:

a.  Exhibit 1-  Microsoft Corporation's Motion to Compel Sun Microsystems, Inc. to Designate and Make Available a Knowledgeable Witness in Response to Microsoft's Rule 30(b)(6) Deposition Dated December 31, 2003;

b.  Exhibit 2-  Declaration of Jon L. Rewinski in Support of Microsoft Corporation's Motion to Compel Sun Microsystems, Inc. to Designate and Make Available a Knowledgeable Witness in Response to Microsoft's Rule 30(b)(6) Deposition Dated December 31, 2003;

c. <u>Exhibit 4</u>- Sun Microsystems, Inc.'s Opposition to Microsoft's Motion to Compel 30 (b)(6) Deposition; and

d. <u>Exhibit 5</u>- Microsoft's Reply in Support of Its Motion to Compel Sun Microsystems to Designate and Make Available a Knowledgeable Witness in Response to Microsoft's Rule 30 (b)(6) Deposition Notice Dated December 31, 2003.

Microsoft respectfully requests that these documents be filed under seal because they include information designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Revised Protective Order entered by the Court on September 5, 2000.

Dated: March 5, 2004

MICROSOFT CORPORATION

By: _____
Jon L. Rewinski
HELLER EHRMAN WHITE & McAULIFFE LLP
601 South Figueroa Street
Los Angeles, California 90017
(213) 689-0200

Of Counsel:
David B. Tulchin
Steven L. Holley
Marc De Leeuw
SULLIVAN & CROMWELL
125 Broad Street
New York, NY 10004-2498
(212) 558-4000

Thomas W. Burt
Richard J. Wallis
Linda K. Norman
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
(425) 936-8080

Michael F. Brockmeyer
(Fed. Bar No. 02307)
Jeffrey D. Herschman
(Fed. Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000

Matthew L. Larrabee
Dale A. Rice
A. Mari Mazour
HELLER EHRMAN WHITE & McAULIFFE LLP
333 Bush Street
San Francisco, California 94104
(415) 772-6000

- 3 -

| | |
|---|---|
| David T. McDonald<br>Karl J. Quackenbush<br>PRESTON GATES & ELLIS LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, Washington 98104<br>(206) 623-7580 | Darryl Snider<br>Jon L. Rewinski<br>HELLER EHRMAN WHITE & McAULIFFE LLP<br>601 S. Figueroa Street, 40th Floor<br>Los Angeles, California<br>(213) 689-0200 |

*Attorneys for Defendant Microsoft Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 5, 2004, I caused a copy of Microsoft Corporation's Motion to File Certain Material Under Seal to be sent by overnight courier to:

Lloyd R. Day, Jr.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014

Michael A. Schlanger
Kirk R. Ruthenberg
Michael L. Kiklis
Drew W. Marrocco
Sonnenschein Nath & Rosenthal
1301 K Street, N.W., Suite 600, E. Tower
Washington, D.C. 20005

Steven H. Frankel
Sonnenschein Nath & Rosenthal
685 Market Street, 6th Floor
San Francisco, CA 94105

John B. Isbister
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202

_____
Michael F. Brockmeyer