## NOTICE OF DOCUMENT FILED SEPARATELY UNDER SEAL

In re: Microsoft Corp. Antitrust Litigation

MDL Docket No. 1332

This Document relates to:
*Sun Microsystems, Inc. v. Microsoft Corporation*
Civil Action No. JFM-02-2739

FILED SEPARATELY UNDER SEAL:

The following exhibits to Certificate of Conference for Microsoft's Motion to Compel Sun Microsystems, Inc. to Designate and Make Available a Knowledgeable Witness in Response to Microsoft's Rule 30 (B)(6) Deposition Notice Dated December 31, 2003 are filed separately under seal:

    a.    <u>Exhibit 1</u>-    Microsoft Corporation's Motion to Compel Sun Microsystems, Inc. to Designate and Make Available a Knowledgeable Witness in Response to Microsoft's Rule 30(b)(6) Deposition Dated December 31, 2003;

    b.    <u>Exhibit 2</u>-    Declaration of Jon L. Rewinski in Support of Microsoft Corporation's Motion to Compel Sun Microsystems, Inc. to Designate and Make Available a Knowledgeable Witness in Response to Microsoft's Rule 30(b)(6) Deposition Dated December 31, 2003;

    c.    <u>Exhibit 4</u>-    Sun Microsystems, Inc.'s Opposition to Microsoft's Motion to Compel 30 (b)(6) Deposition; and

    d.    <u>Exhibit 5-</u>    Microsoft's Reply in Support of Its Motion to Compel Sun Microsystems to Designate and Make Available a Knowledgeable Witness in Response to Microsoft's Rule 30 (b)(6) Deposition Notice Dated December 31, 2003

Dated: March 5, 2004

RELATED TO DOCUMENT NO. 396