IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sun Microsystems, Inc. v. Microsoft Corporation,*<br>Civil Action No. JFM-02-2739 | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

**CERTIFICATE OF CONFERENCE FOR MICROSOFT'S MOTION TO COMPEL SUN MICROSYSTEMS, INC. TO DESIGNATE AND MAKE AVAILABLE A KNOWLEDGEABLE WITNESS IN RESPONSE TO MICROSOFT'S RULE 30(B)(6) DEPOSITION NOTICE DATED DECEMBER 31, 2003**

David B. Tulchin
Steven L. Holley
Marc De Leeuw
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:   (212) 558-4000

Thomas W. Burt
Richard J. Wallis
Linda K. Norman
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington  98052
Telephone: (425) 936-8080

David T. McDonald
Karl J. Quackenbush
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington  98104
Telephone:   (206) 623-7580

Matthew L. Larrabee
Dale A. Rice
A. Mari Mazour
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 Bush Street
San Francisco, California  94104
Telephone:   (415) 772-6000

Darryl Snider
Jon L. Rewinski
HELLER EHRMAN WHITE & MCAULIFFE LLP
601 S. Figueroa Street, 40th Floor
Los Angeles, California  90017-5758
Telephone:   (213) 689-0200

Michael F. Brockmeyer
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland  21209
Telephone:   (410) 580-3000

*Attorneys for Microsoft Corporation*

March 3, 2004

## Meetings Pursuant to Local Rule 104.7

Pursuant to Local Rule 104.7, the parties have held a number of discussions in an effort to resolve the issues addressed in "Microsoft's Motion To Compel Sun To Designate and Make Available a Knowledgeable Witness in Response to Microsoft's Rule 30(b)(6) Deposition Notice Dated December 31, 2003." In addition to the exchange of letters, counsel participated in lengthy telephonic meet and confer sessions on December 24, 2003 and February 17, 2004. Finally, after the briefing relating to the motion to compel was completed and served, on March 2, 2004, commencing at approximately 3:00 pm (Pacific time), counsel engaged in an extensive telephonic meet and confer. Michael A. Schlanger, Steven H. Frankel and John B. Isbister participated on behalf of Sun. Jon L. Rewinski participated on behalf of Microsoft. The conference lasted approximately 90 minutes.

## Issues That Have Been Resolved

As a result of the parties' meet and confer efforts, the parties have not resolved any of the issues raised in Microsoft's motion to compel.

## Issues That Have Not Been Resolved

There remain the following unresolved issues:

(1)   Whether Sun must designate and produce for testimony a witness to testify as to the six topics described in Microsoft's December 31, 2003 Rule 30(b)(6) deposition notice;

(2)   Whether the deposition, the draft notice for which Sun first received on December 9, 2003 (roughly four months ago), should be scheduled within two weeks;

(3)   Whether Sun is obligated to prepare its designee(s) according to the standards imposed by Rule 30(b)(6) (as Microsoft claims) or some lesser standard (as Sun claims).

## Briefing on the Unresolved Issues

Pursuant to Local Rule 104.8(c), Microsoft is filing with this Certificate originals and/or copies of the following:

1. Microsoft Corporation's Motion To Compel Sun Microsystems, Inc. To Designate and Make Available a Knowledgeable Witness in Response to Microsoft's Rule 30(b)(6) Deposition Dated December 31, 2003;

2. Declaration of Jon L. Rewinski in Support of Microsoft Corporation's Motion To Compel Sun Microsystems, Inc. To Designate and Make Available a Knowledgeable Witness in Response to Microsoft's Rule 30(b)(6) Deposition Dated December 31, 2003;

3. Certificate of Service of: (1) Microsoft Corporation's Motion To Compel Sun Microsystems, Inc. To Designate and Make Available a Knowledgeable Witness in Response to Microsoft's Rule 30(b)(6) Deposition Dated December 31, 2003; and (2) Supporting Declaration of Jon L. Rewinski;

4. Sun Microsystems, Inc.'s Opposition to Microsoft's Motion To Compel 30(b)(6) Deposition; and

5. Microsoft's Reply in Support of its Motion To Compel Sun Microsystems To Designate and Make Available a Knowledgeable Witness in Response to Microsoft's Rule 30(b)(6) Deposition Notice Dated December 31, 2003.

March 3, 2004        By: _____
                         Jon L. Rewinski
                         HELLER EHRMAN WHITE & McAULIFFE LLP
                         601 South Figueroa Street
                         Los Angeles, California 90017
                         Telephone: (213) 689-0200

                         Attorneys for Defendant MICROSOFT CORPORATION

*Additional Counsel for Microsoft Corporation:*

David B. Tulchin
Steven L. Holley
Marc De Leeuw
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000

Thomas W. Burt
Richard J. Wallis
Linda K. Norman
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington  98052
Telephone:    (425) 936-8080

David T. McDonald
Karl J. Quackenbush
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington  98104
Telephone:    (206) 623-7580

Matthew L. Larrabee
Dale A. Rice
A. Mari Mazour
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 Bush Street
San Francisco, California  94104
Telephone:    (415) 772-6000

Darryl Snider
Jon L. Rewinski
HELLER EHRMAN WHITE & MCAULIFFE LLP
601 S. Figueroa Street, 40th Floor
Los Angeles, California  90017-5758
Telephone:    (213) 689-0200

Michael F. Brockmeyer
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland  21209
Telephone:    (410) 580-3000

## CERTIFICATE OF SERVICE

I hereby certify that, on March 5, 2004, I served a true and correct copy of the foregoing Certificate Of Conference For Microsoft's Motion To Compel Sun Microsystems, Inc. To Designate and Make Available a Knowledgeable Witness in Response to Microsoft's Rule 30(b)(6) Deposition Dated December 31, 2003 and its attachments, by overnight courier, upon the individuals listed below:

Lloyd R. Day, Jr.
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone:   (408) 255-3255
Facsimile:   (408) 873-0220

Michael A. Schlanger, Esq.
Kirk R. Ruthenberg, Esq.
Michael L. Kiklis
Drew W. Marrocco
Sonnenschein Nath & Rosenthal
1301 K Street, N.W., Suite 600, E. Tower
Washington, D.C. 20005
Telephone:   (202) 408-6410
Facsimile:   (202) 408-6399

Steven H. Frankel, Esq.
Sonnenschein Nath & Rosenthal
685 Market Street, 6th Floor
San Francisco, CA 94105
Telephone:   (415) 882-5000
Facsimile    (415) 543-5472

John B. Isbister
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
Telephone:   (410) 752-9700
Facsimile:   (410) 727-5460

_____
Michael R. Brockmeyer
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209