# EXHIBIT 2

Declaration of Jon L. Rewinski in Support of Microsoft Corporation's Motion to Compel Sun Microsystems, Inc. to Designate and Make Available a Knowledgeable Witness in Response to Microsoft's Rule 30(b)(6) Deposition Dated December 31, 2003

**FILED UNDER SEAL**