# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>Sun Microsystems, Inc. v. Microsoft Corporation, Civil Action No. JFM-02-2739 | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

**CERTIFICATE OF SERVICE OF: (1) MICROSOFT CORPORATION'S MOTION TO COMPEL SUN MICROSYSTEMS, INC. TO DESIGNATE AND MAKE AVAILABLE A KNOWLEDGEABLE WITNESS IN RESPONSE TO MICROSOFT'S RULE 30(B)(6) DEPOSITION NOTICE DATED DECEMBER 31, 2003; AND (2) SUPPORTING DECLARATION OF JON L. REWINSKI**

David B. Tulchin
Steven L. Holley
Marc De Leeuw
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:    (212) 558-4000

Thomas W. Burt
Richard J. Wallis
Linda K. Norman
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
Telephone: (425) 936-8080

David T. McDonald
Karl J. Quackenbush
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone:    (206) 623-7580

Matthew L. Larrabee
Dale A. Rice
A. Mari Mazour
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 Bush Street
San Francisco, California 94104
Telephone:    (415) 772-6000

Darryl Snider
Jon L. Rewinski
HELLER EHRMAN WHITE & MCAULIFFE LLP
601 S. Figueroa Street, 40th Floor
Los Angeles, California 90017-5758
Telephone:    (213) 689-0200

Michael F. Brockmeyer
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone:    (410) 580-3000

*Attorneys for Microsoft Corporation*

January 29, 2004

# CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2004, I served a true and correct copy of:

(1) "Microsoft Corporation's Motion To Compel Sun Microsystems, Inc. To Designate And Make Available A Knowledgeable Witness In Response To Microsoft's Rule 30(B)(6) Deposition Notice Dated December 31, 2003" and

(2) "Declaration of Jon L. Rewinski In Support Of Microsoft Corporation's Motion To Compel Sun Microsystems, Inc. To Designate And Make Available A Knowledgeable Witness In Response To Microsoft's Rule 30(B)(6) Deposition Notice Dated December 31, 2003"

by first-class mail and facsimile to:

| Counsel for Sun Microsystems, Inc. | Counsel for Sun Microsystems, Inc. |
|---|---|
| Lloyd R. Day, Jr.<br>Day Casebeer Madrid & Batchelder LLP<br>20300 Stevens Creek Blvd., Suite 400<br>Cupertino, CA 95014<br>Telephone: (408) 255-3255<br>Facsimile: (408) 873-0220 | John B. Isbister<br>Tydings & Rosenberg LLP<br>100 East Pratt Street, 26th Floor<br>Baltimore, Maryland 21202<br>Telephone: (410) 752-9700<br>Facsimile: (410) 727-5460 |
| Kirk R. Ruthenberg, Esq.<br>Michael A. Schlanger, Esq.<br>Michael L. Kiklis<br>Drew W. Marrocco<br>Sonnenschein Nath & Rosenthal<br>1301 K Street, N.W.<br>Suite 600, East Tower<br>Washington, D.C. 20005<br>Telephone: (202) 408-6410<br>Facsimile: (202) 408-6399 | **Counsel for Burst.com, Inc. (by mail only)**<br>Bruce J. Wecker, Esq.<br>Hosie, Frost, Large & McArthur LLP<br>Spear Street Tower<br>One Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 247-6000<br>Facsimile: (415) 247-6001 |
| Steven H. Frankel, Esq.<br>Sonnenschein Nath & Rosenthal<br>685 Market Street, 6th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 882-5000<br>Facsimile: (415) 543-5472 | |

_____
Jon L. Rewinski
HELLER EHRMAN WHITE & McAULIFFE LLP
601 S. Figueroa Street, 40th Floor
Los Angeles, California 90017-5758

Attorneys for Defendant MICROSOFT
CORPORATION

3