# EXHIBIT 4

Sun Microsystems, Inc.'s Opposition to Microsoft's Motion to Compel 30 (b)(6) Deposition

**FILED UNDER SEAL**