# EXHIBIT 5

Microsoft's Reply in Support of Its Motion to Compel Sun Microsystems to Designate and Make Available a Knowledgeable Witness in Response to Microsoft's Rule 30 (b)(6) Deposition Notice Dated December 31, 2003

**FILED UNDER SEAL**