# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORPORATION : <br> ANTIRUST LITIGATION : <br> : <br> This Document Relates To: : <br> : <br> *Sun Microsystems, Inc. v. Microsoft Corporation,* : <br> : <br> Civil Action No. JFM-02-2739 : <br> : | MDL Docket No. 1332 <br> Hon. J. Frederick Motz |

## NOTICE OF SERVICE

I HEREBY CERTIFY on this 16th day of March, 2004, that: (1) on March 15, 2004, a copy of Sun Microsystems, Inc.'s Opposition to Microsoft's Motion to Compel Responses to its First Set of Interrogatories was served electronically and/or by first-class mail to the following persons; and (2) that on March 16, 2004, a copy of this Notice of Service was served by first-class mail to the persons listed below.

>Bruce J. Wecker, Esquire
>Hosie, Frost, Large & McArthur
>Spear Street Tower
>One Market Street, 22nd Floor
>San Francisco, California 94105
>
>  Attorney for Burst.com, Inc.
>
>David B. Tulchin, Esquire
>Steven L. Holley, Esquire
>Marc DeLeeuw, Esquire
>Sullivan & Cromwell LLP
>125 Broad Street
>New York, New York 10004
>
>Thomas W. Burt, Esquire
>Richard J. Wallis, Esquire
>Linda K. Norman, Esquire
>Microsoft Corporation
>One Microsoft Way
>Redmond, Washington 98052

#414742v.1

David T. McDonald, Esquire
Karl J. Quackenbush, Esquire
Preston, Gates & Ellis LLP
925 Fourth Avenue
Suite 2900
Seattle, Washington 98104

Matthew L. Larrabee, Esquire
Dale A. Rice, Esquire
A. Mari Mazour, Esquire
Heller, Ehrman, White & McAuliffe LLP
333 Bush Street
San Francisco, California 94104

Darryl Snider, Esquire
Jon L. Rewinski, Esquire
John M. Landry, Esquire
Heller, Ehrman, White & McAuliffe LLP
601 S. Figueroa Street
40th Floor
Los Angeles, California 90017-5758

Michael F. Brockmeyer, Esquire
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209

        Attorneys for Microsoft Corporation


        */s/ John B. Isbister*
        Michael A. Schlanger
        Kirk R. Ruthenberg
        SONNENSCHEIN NATH & ROSENTHAL
        1301 K Street, N.W.
        Suite 600, East Tower
        Washington, D.C.  20005
        Telephone: (202) 408-6400
        Facsimile: (202) 408-6399

Lloyd R. Day, Jr.
James R. Batchelder
Robert M. Galvin
DAY CASEBEER MADRID &
  BATCHELDER, LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA  95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

Thomas M. Wilson
John B. Isbister
TYDINGS & ROSENBERG LLP
100 East Pratt Street
Baltimore, MD  21202
Telephone: (410) 752-9714
Facsimile: (410) 727-5460

Attorneys for Plaintiff
SUN MICROSYSTEMS, INC.

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.