IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE MICROSOFT CORP. ANTITRUST LITIGATION

This Document Relates To:

*Sun Microsystems, Inc. v. Microsoft Corporation,*
Civil Action No. JFM-02-2739

MDL Docket No. 1332
Hon. J. Frederick Motz

## STIPULATED ORDER RE DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and as provided for by a settlement agreement between plaintiff Sun Microsystems, Inc. ("Sun") and defendant Microsoft Corporation ("Microsoft"), Sun and Microsoft hereby stipulate to dismissal with prejudice of the above-captioned action and further stipulate to entry of this order.

IT IS HEREBY ORDERED THAT Sun's complaint and Microsoft's counterclaims in the above-captioned civil action are dismissed with prejudice, with each party to bear its own costs and expenses in connection with this action.

DATED: _____    By: _____
                         THE HONORABLE J. FREDERICK MOTZ
                         UNITED STATES DISTRICT JUDGE

**AGREED TO BY SUN MICROSYSTEMS, INC.:**
Dated: 4/25/2004

By: _____
John B. Isbister
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
Telephone: (410) 752-9700

Attorneys for Plaintiff SUN MICROSYSTEMS, INC.

*Additional Counsel for Sun Microsystems, Inc.:*

Michael A. Schlanger
Sonnenschein Nath & Rosenthal
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
Telephone: (202) 408-6438

Lloyd R. Day, Jr.
James R. Batchelder
Robert M. Galvin
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, California 95014
Telephone: (408) 873-0110

**AGREED TO BY MICROSOFT CORPORATION:**

Dated:

By: _____
David B. Tulchin
SULLIVAN & CROMWELL
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000

Attorneys for Defendant MICROSOFT CORPORATION

*Additional Counsel for Microsoft Corporation:*

Thomas W. Burt
Richard J. Wallis
Linda K. Norman
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
Telephone: (425) 936-8080

Matthew L. Larrabee
Dale A. Rice
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 Bush Street, 31st Floor
San Francisco, California 94104
Telephone: (415) 772-6000

David T. McDonald
Karl J. Quackenbush
PRESTON GATES & ELLIS LLP
701 Fifth Avenue, Suite 5000
Seattle, Washington 98104
Telephone: (206) 623-7580

Darryl Snider
Jon L. Rewinski
HELLER EHRMAN WHITE & MCAULIFFE LLP
601 S. Figueroa Street, 40th Floor
Los Angeles, California 90017-5758
Telephone: (213) 689-0200

Michael F. Brockmeyer
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone: (410) 580-3000