UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(NORTHERN DIVISION)

IN RE MICROSOFT CORP. ANTITRUST LITIGATION

| | |
|---|---|
| This Document Relates to: | MDL Docket No. 1332 |
| *Sun Microsystems, Inc. v. Microsoft Corporation,* | Hon. J. Frederick Motz |
| Civil Action No. JFM-02-2739 | |

## MOTION TO RELEASE INJUNCTION BOND

Sun Microsystems, Inc. ("Sun"), plaintiff, by counsel, moves to release the Twenty-Five Million Dollar ($25,000,000) Injunction Bond that it filed on January 29, 2003, and states as follows:

On January 29, 2003, Sun filed a preliminary injunction bond in the amount of Twenty-Five Million Dollars ($25,000,000) pursuant to the December 23, 2002, order of this Court.

On April 21, 2004, the Court signed a stipulation and order of dismissal with prejudice that dismissed Sun's complaint and Microsoft Corporation's ("Microsoft") counterclaim (Docket #402).

The injunction bond remains on file with the Clerk of the Court. As the respective claims between Sun and Microsoft in this action have been dismissed with prejudice, Sun respectfully requests that the Court release the injunction bond.

Counsel for Microsoft has seen this motion and does not oppose the release of the injunction bond.

#449109v.1

WHEREFORE, Sun Microsystems, Inc., respectfully requests that the Court grant its motion to release the Injunction Bond filed on January 29, 2003, and order the clerk of the court to release the Injunction Bond to counsel for Sun Microsystems, Inc., and grant such other and further relief as is just and equitable.

/S/ John B. Isbister
TYDINGS & ROSENBERG LLP
John B. Isbister, Fed. Bar No. 00639
100 East Pratt Street, 26th Floor
Baltimore, MD 21202
Telephone: (410) 752-9700
Facsimile: (410) 727-5460

Attorneys for Plaintiff
Sun Microsystems, Inc.