UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(NORTHERN DIVISION)

IN RE MICROSOFT CORP. ANTITRUST LITIGATION

This Document Relates to:  MDL Docket No. 1332
*Sun Microsystems, Inc. v. Microsoft Corporation,*  Hon. J. Frederick Motz
Civil Action No. JFM-02-2739

[PROPOSED] ORDER

Upon consideration of the motion to release Injunction Bond, it is this _____ day of December, 2004, hereby ORDERED that the motion is GRANTED and the clerk of the court is directed to release to counsel for Sun Microsystems, Inc., the Twenty-Five Million Dollar Injunction Bond filed on January 29, 2003, by Sun Microsystems, Inc.

United States District Judge

#449115v.1